606 S.E.2d 484

Sherwood N. FENDER, Petitioner,

v.

Heirs at Law of Roger SMASHUM, John Smashum and Arthur Smashum, if living or such heirs of them as may be living, Carolee H. Goodwine, Mae Olive Henderson, Audrey Polite Sawyer, Diana Cornish, Heirs of John Frasier, if living or such heirs of them as may be living, Bernadette Anderson, Eloise Gadson and all other persons unknown, having or claiming any right, title or estate or interest in or lien upon the real property described in the complaint herein, being designated collectively as John Doe and Sarah Roe, including all minors, persons in the armed forces, insane persons and all other persons under any other disability who might have or claim to have any right, title or interest in or lien upon the real property described in the complaint herein, Defendants,

Of whom Henrietta Jones, Sarah Shepard and Lucy Smith, as heirs at law of John Smashum, and Queen Smashum, as grantee of Adam Smashum, heir at law of John Smashum, are Respondents.

No. 25901.

Supreme Court of South Carolina.

Heard Nov. 17, 2004.

Decided Nov. 29, 2004.

Alysoun Meree Eversole, of Beaufort, for Petitioner.

Derek C. Gilbert, of Harvey & Battey, P.A., of Beaufort, for Respondents.

PER CURIAM:

We granted a writ of certiorari to review the Court of Appeals' decision in *Fender v. Heirs at Law of Smashum,* 354 S.C. 504, 581 S.E.2d 853 (Ct.App.2003). We dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., MOORE, WALLER, BURNETT, JJ., and Acting Justice MARION D. MYERS, concur.